# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEFA GARCIA AVILA<br><br>        Plaintiff,<br><br>v.<br><br>CHOPSMITH, LLC, et al.<br><br>        Defendants. | Case No. 1:23-cv-01979-LLA |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of

this action with prejudice, Plaintiff to bear her own costs and attorney's fees.

August 21, 2024

Respectfully submitted,

**LITTLER MENDELSON P.C.**

By: /s/ S. Libby Henninger
S. LIBBY HENNINGER, #17389
ALEXANDER BERG, #1066166
JOSEPH B. GREENER, #1531189
815 Connecticut Avenue NW, Suite 400
Washington, DC 20006
Phone: (202) 842-3400
Fax: (202) 842-0011
lhenninger@littler.com
aberg@littler.com
jgreener@littler.com

*Counsel for Defendants*

**DCWAGELAW**

By: /s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
JONATHAN P. TUCKER, #1026050
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com
jt@dcwagelaw.com

*Counsel for Plaintiff*